IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DAVID OCHOA JARA, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-256 |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION AND CUSTOM ENFORCEMENT (ICE), | |
| Defendant. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's November 5, 2020, Report and Recommendation, (doc. 4), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 4), as its opinion and **DENIES** plaintiff's request to proceed *in forma pauperis*. Because plaintiff has neither paid the filing fee in this case in the more than four months since the magistrate judge recommended the denial of his IFP application nor objected to that recommendation, his case is **DISMISSED WITHOUT PREJUDICE**. All remaining motions are **DISMISSED AS MOOT**. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 26th day of March, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA