AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DAVID OCHOA JARA,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:20-cv-256

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION AND CUSTOM ENFORCEMENT (ICE),

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated March 26, 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the opinion of the Court. The Court DENIES Plaintiff's request to proceed in forma pauperis. Judgment is entered dismissing without prejudice the Plaintiff's case and dismissing as moot all remaining motions. This case stands closed.

Approved by: _____

March 26, 2021
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk