IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DAVID OCHOA JARA,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION AND CUSTOM ENFORCMENT (ICE),<br><br>    Respondent. | CASE NO.: 4:20-cv-256 |

## O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED AND ADJUDGED that the Mandate of the United States Court of Appeals is made the Order of this Court.

**SO ORDERED**, this 10th day of September, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA